**The Honorable Richard A. Jones**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| CHRISTOPHER KING, J.D. A/K/A KINGCAST, and JOHN NOVAK, | No. 2:20-CV-01494-RAJ |
| Plaintiffs, | DECLARATION OF MICHELLE A. CARR REGARDING COMPLIANCE WITH MEET AND CONFER REQUIREMENTS |
| v. | |
| LIQUOR AND CANNABIS BOARD OF THE STATE OF WASHINGTON; JANE RUSHFORD, Chair of the Liquor and Cannabis Board; RICK GARZA, Director of the Liquor and Cannabis Board; JAY INSLEE, Governor of Washington; ROBERT FERGUSON, Washington Attorney General; WILLIAM P. BARR, U. S. Attorney General; AND OFFICE OF NATIONAL DRUG CONTROL POLICY | |
| In their Individual and Official Capacities, | |
| Defendants. | |

1.    I am an Assistant Attorney General in the Licensing and Administrative Law Division of the Office of the Attorney General. In that capacity, I represent Governor Jay Inslee; Attorney General Robert Ferguson; the Liquor and Cannabis Board of the State of Washington; Jane Rushford, Chair of the Liquor and Cannabis Board; and Rick Garza, Director of the Liquor

1

and Cannabis Board (State Defendants) in the above captioned case. I am at least 18 years of age, competent to testify as a witness, and have personal knowledge of the facts related in this declaration.

2.      I make this declaration regarding my compliance with the Honorable Richard A. Jones' standing order, requiring that prior to filing any motion the parties meet and confer.

3.      On November 12, 2020, I notified Plaintiffs Christopher King and John Novak via electronic mail that the State Defendants intended to file a motion to dismiss for lack of jurisdiction and requested that we schedule a time to meet and confer to discuss the motion.

4.      On November 17, 2020, at 12:30 p.m. I met and conferred via Zoom with Plaintiffs Christopher King and John Novak, concerning State Defendants' planned motion to dismiss. I explained that the basis for the motion to dismiss is that the questions of law raised in the complaint are state and not federal, thereby making federal court jurisdiction improper. Additionally, I explained that our position is that all State Defendants are immune from suit under either the Eleventh Amendment or the doctrine of qualified immunity.

5.      I clearly identified the legal support for the motion to dismiss, and Plaintiffs offered their legal basis for disagreement with my position.

6.      Although the parties had a productive conversation, at the end we agreed to disagree and therefore could not reach agreement that would avoid the need for State Defendants to file their motion to dismiss.

7.      I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DECLARATION OF
MICHELLE A. CARR

2

ATTORNEY GENERAL OF WASHINGTON
Licensing & Administrative Law Division
1125 Washington St SE
Olympia, WA 98504-0110
(360) 753-2702

1    DATED this 19th day of November 2020.

2

3                                          ROBERT W. FERGUSON
4                                          ATTORNEY GENERAL

5                                          s/ Michelle A. Carr
6                                          MICHELLE A. CARR, WSBA # 53647
                                           *Assistant Attorney General*
7                                          1125 Washington Street SE
                                           PO Box 40110
8                                          Olympia, WA 98504
                                           Michelle.Carr@atg.wa.gov
9                                          LalOlyEF@atg.wa.gov
                                           (360) 586-2644
10
                                           Counsel for State Defendants
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26