The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER KING, J.D. A/K/A KINGCAST, and JOHN NOVAK,<br><br>Plaintiffs,<br><br>v.<br><br>LIQUOR AND CANNABIS BOARD OF THE STATE OF WASHINGTON; JANE RUSHFORD, Chair of the Liquor and Cannabis Board; RICK GARZA, Director of the Liquor and Cannabis Board; JAY INSLEE, Governor of Washington; ROBERT FERGUSON, Washington Attorney General; WILLIAM P. BARR, U. S. Attorney General; and OFFICE OF NATIONAL DRUG CONTROL POLICY<br><br>In their Individual and Official Capacities,<br><br>Defendants. | NO. 2:20-CV-01494-RAJ<br><br>ORDER GRANTING STATE DEFENDANTS' MOTION TO DISMISS<br><br>[PROPOSED] |

Upon consideration of the State Defendants' Motion to Dismiss, the various memorandum filed by the parties, applicable law, and the entire record herein, it is hereby

**ORDERED** that the motion is granted and it is further;

**ORDERED** that Mr. King's and Mr. Novak's claims against The Honorable Jay Inslee, Governor of the State of Washington; Robert Ferguson, Washington State Attorney General; the Liquor and Cannabis Board of the State of Washington; Jane Rushford, Chair of

ORDER GRANTING STATE DEFENDANTS' MOTION TO DISMISS [PROPOSED] (2:20-CV-01494-RAJ)

1

ATTORNEY GENERAL OF WASHINGTON
Licensing & Administrative Law Division
1125 Washington St SE
Olympia, WA 98504-0110
(360) 753-2702

1  the Liquor and Cannabis Board; and Rick Garza, Director of the Liquor and Cannabis Board

2  are hereby **DISMISSED** for lack of jurisdiction.

3       **SO ORDERED**

4

5  _____

6                                   The Honorable Richard A. Jones
                                  United States District Judge

7

8       **DATED:** _____

ORDER GRANTING STATE DEFENDANTS' MOTION TO DISMISS [PROPOSED] (2:20-CV-01494-RAJ)

2

ATTORNEY GENERAL OF WASHINGTON
Licensing & Administrative Law Division
1125 Washington St SE
Olympia, WA 98504-0110
(360) 753-2702

| | |
|---|---|
| 1 | |
| 2 | Presented by: |
| 3 | ROBERT W. FERGUSON<br>Attorney General |
| 4 | |
| 5 | s/ Michelle A. Carr<br>MICHELLE A. CARR, WSBA # 53647 |
| 6 | *Assistant Attorney General*<br>1125 Washington Street SE |
| 7 | PO Box 40110<br>Olympia, WA 98504 |
| 8 | Michelle.Carr@atg.wa.gov<br>LalOlyEF@atg.wa.gov |
| 9 | (360) 586-2644 |
| 10 | Counsel for State Defendants |

ORDER GRANTING STATE DEFENDANTS' MOTION TO DISMISS [PROPOSED] (2:20-CV-01494-RAJ)

3

ATTORNEY GENERAL OF WASHINGTON
Licensing & Administrative Law Division
1125 Washington St SE
Olympia, WA 98504-0110
(360) 753-2702