The Honorable Richard Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRISTOPHER KING, J.D. A/K/A KINGCAST, AND JOHN NOVAK, <br><br> PLAINTIFFS, <br><br> V. <br><br> LIQUOR AND CANNABIS BOARD OF THE STATE OF WASHINGTON "LCB"; JANE RUSHFORD, CHAIR OF LCB AND RICK GARZA, DIRECTOR OF LCB, JAY INSLEE, GOVERNOR OF WASHINGTON, ROBERT FERGUSON, WASHINGTON ATTORNEY GENERAL AND WILLIAM P. BARR, UNITED STATES ATTORNEY GENERAL, OFFICE OF NATIONAL DRUG CONTROL POLICY <br><br> IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, <br><br> DEFENDANTS. | NO. 2:20-CV-01494-RAJ <br><br> NOTICE OF APPEARANCE OF JONATHAN E. PITEL |

TO:   CLERK OF THE COURT, and to
    CHRISTOPHER KING and JOHN NOVAK, Plaintiffs:

PLEASE TAKE NOTICE that JONATHAN E. PITEL, Assistant Attorney General, hereby enters his appearance as attorney for LIQUOR AND CANNABIS BOARD OF THE STATE OF

NOTICE OF APPEARANCE OF JONATHAN E. PITEL

2:20-CV-01494-RAJ

1

ATTORNEY GENERAL OF WASHINGTON
Licensing & Administrative Law Division
1125 Washington St. SE
Olympia, WA  98504-0110
360-753-2702

WASHINGTON (LCB); JANE RUSHFORD, Chair of LCB; RICK GARZA, Director of LCB; JAY INSLEE, Governor of Washington; and ROBERT FERGUSON, Washington Attorney General in the above-titled matter, effective August 13, 2021, and requests that all further proceedings in said action be served upon the undersigned attorney at the address state below.

DATED this 13th day of August 2021.

ROBERT W. FERGUSON
Attorney General

*/s/ Jonathan Pitel*

JONATHAN E. PITEL, WSBA # 47516
Assistant Attorney General
Attorney for Respondent
1125 Washington St. SE,
Olympia, WA 98504-0110
Phone: (360) 753-2702
E-mail: Jonathan.Pitel@atg.wa.gov

NOTICE OF APPEARANCE OF
JONATHAN E. PITEL

2:20-CV-01494-RAJ

2

ATTORNEY GENERAL OF WASHINGTON
Licensing & Administrative Law Division
1125 Washington St. SE
Olympia, WA 98504-0110
360-753-2702

## CERTIFICATE OF SERVICE

I, Melissa Seipel, hereby certify that on August 13, 2021, I caused the foregoing NOTICE OF APPEARANCE OF JONATHAN E PITEL to be served upon the below listed Plaintiff by First Class United States mail, as well as an electronic copy, marked for delivery to:

JOHN NOVAK
20126 BALLINGER WAY NE
PMB 260
SHORELINE, WA 98155
JMNOVAK22@OUTLOOK.COM

Via PACER portal:

CHRISTOPHER KING
721 E 5TH ST #B
ARLINGTON, WA 98223

THE HONORABLE RICHARD JONES
U.S. DISTRICT COURT W.D. WASHINGTON
700 STEWART STREET SUITE 13128
SEATTLE, WA 98101-9906

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 13th day of August 2021, at Olympia, WA.

/s *Melissa Seipel*
Melissa Seipel
Legal Assistant

NOTICE OF APPEARANCE OF JONATHAN E. PITEL

2:20-CV-01494-RAJ

3

ATTORNEY GENERAL OF WASHINGTON
Licensing & Administrative Law Division
1125 Washington St. SE
Olympia, WA  98504-0110
360-753-2702