The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CHRISTOPHER KING, J.D. A/K/A KINGCAST, and JOHN NOVAK,<br><br>Plaintiffs,<br><br>v.<br><br>LIQUOR AND CANNABIS BOARD OF THE STATE OF WASHINGTON; JANE RUSHFORD, Chair of the Liquor and Cannabis Board; RICK GARZA, Director of the Liquor and Cannabis Board; JAY INSLEE, Governor of Washington; ROBERT FERGUSON, Washington Attorney General; WILLIAM P. BARR, United States Attorney General; and OFFICE OF NATIONAL DRUG CONTROL POLICY<br><br>In their Individual and Official Capacities,<br><br>Defendants. | NO. 2:20-CV-01494-RAJ<br><br>STATE DEFENDANTS' OPPOSITION TO REQUEST FOR JUDICIAL NOTICE OF MEDIA COVERAGE BY SOUTH SEATTLE EMERALD<br><br><br>**NOTE ON MOTION CALENDAR:**<br><br>**August 20, 2021** |

## I.     MOTION

The Honorable Jay Inslee, Governor of the State of Washington; Robert Ferguson, Washington State Attorney General; the Liquor and Cannabis Board of the State of Washington; Jane Rushford, Chair of the Liquor and Cannabis Board; and Rick Garza, Director of the Liquor and Cannabis Board (collectively, the State Defendants), oppose Plaintiffs' Request for Rule 201 Judicial Notice of Media Coverage by South Seattle Emerald (Motion).

STATE DEFENDANTS'OPPOSITION TO REQUEST FOR JUDICIAL NOTICE OF MEDIA COVERAGE BY SOUTH SEATTLE EMERALD (2:20-CV-01494-RAJ)

1

ATTORNEY GENERAL OF WASHINGTON
Licensing & Administrative Law Division
1125 Washington St SE
Olympia, WA 98504-0110
(360) 753-2702

This article does not provide a proper basis for taking notice of the truth of the matters asserted therein and if the Court takes judicial notice of anything it may only be the fact that the South Seattle Emerald published this opinion piece. Consequently, State Defendants respectfully request that the Court deny Plaintiffs' Motion.

## II.     ARGUMENT

**A.      The Court May Not Take Judicial Notice of the Truth of the Matters Asserted in the South Seattle Emerald Opinion Piece.**

Plaintiffs request that the Court take judicial notice of an article published in the South Seattle Emerald by Luna Reyna, *Opinion: Liquor Cannabis Board Agents May Be Operating Beyond Their Legal Authority,* South Seattle Emerald, August 4, 2021. (Pls.' Req. Rule 201 Jud. Notice, ECF No. 75). Plaintiffs do not directly request that the Court take judicial notice of the truth of the matters asserted in the opinion piece, but the tone of the Motion suggests that is what Plaintiffs request.

Federal Rule of Evidence 201 permits a court to take judicial notice of a fact that is not subject to reasonable dispute. (Fed. R. Evid. 201(b).) A fact is not subject to reasonable dispute if it is generally known within the court's jurisdiction or can be accurately and readily determined from accurate sources. (Fed. R. Evid. 201(b)(1), (2).) Courts may take judicial notice of publications to "indicate what was in the public realm at the time, not whether the contents of those articles were in fact true." *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010). Before a court may take judicial notice of the truth of the matters contained in a newspaper article, the moving party must meet the burden of demonstrating that the facts of the article are not subject to reasonable dispute. *Id.* at 960. Courts may decline to take judicial notice of articles containing "opinions of the author that may

STATE DEFENDANTS'OPPOSITION TO
REQUEST FOR JUDICIAL NOTICE OF
MEDIA COVERAGE BY SOUTH SEATTLE
EMERALD
(2:20-CV-01494-RAJ)

2

ATTORNEY GENERAL OF WASHINGTON
Licensing & Administrative Law Division
1125 Washington St SE
Olympia, WA 98504-0110
(360) 753-2702

reasonably be questioned." *In re American Apparel Inc. Shareholder Litigation*, 855 F. Supp. 2d, 1063 (C.D. Cal. 2012) (internal quotations and citations omitted).

Here, Plaintiffs request that the Court take judicial notice of facts asserted in an article published in a local newspaper that contains the word "opinion" in the title. This article opines that based on limited information reviewed by its author that LCB enforcement officers may be acting outside the scope of their statutory authority. (Pls.' Req. Jud. Notice Appendix A, ECF No. 75). The issue of whether LCB enforcement officers are acting outside the scope of their statutory authority is one of the subjects of the instant lawsuit and was also the subject of a lawsuit in Pierce County Superior Court. *See John Jung v. Washington State Liquor and Cannabis Board*, No. 18-2-11523-5. The fact that this topic has been the subject of litigation is indicative that this author's opinion "may reasonably be questioned." *In re American Apparel Inc,.* 855 F. Supp. 2d at 1063. Because the South Seattle Emerald article contains information that is subject to reasonable dispute, it is not the proper subject of judicial notice.

Additionally, to the extent Plaintiffs' Request for Judicial Notice contains anything other than a request that the Court take notice of the fact that the South Seattle Emerald published this article, it consists entirely of speculation that is not itself evidence and which sheds no light on the issues before this court.

### III.    CONCLUSION

For these reasons, State Defendants' request that this Court deny Plaintiffs' Request for Judicial Notice.

STATE DEFENDANTS'OPPOSITION TO
REQUEST FOR JUDICIAL NOTICE OF
MEDIA COVERAGE BY SOUTH SEATTLE
EMERALD
(2:20-CV-01494-RAJ)

3

ATTORNEY GENERAL OF WASHINGTON
Licensing & Administrative Law Division
1125 Washington St SE
Olympia, WA 98504-0110
(360) 753-2702

1    DATED this 13th day of August 2021.

2
                                     ROBERT W. FERGUSON
3                                    Attorney General

4                                     s/ Michelle A. Carr
                                     MICHELLE A. CARR, WSBA # 53647
5                                    *Assistant Attorney General*
                                     1125 Washington Street SE
6                                    PO Box 40110
                                     Olympia, WA 98504
7                                    Michelle.Carr@atg.wa.gov
                                     LalOlyEF@atg.wa.gov
8                                    (360) 586-2644

9                                    Counsel for State Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STATE DEFENDANTS'OPPOSITION TO                    4              ATTORNEY GENERAL OF WASHINGTON
REQUEST FOR JUDICIAL NOTICE OF                                  Licensing & Administrative Law Division
MEDIA COVERAGE BY SOUTH SEATTLE                                      1125 Washington St SE
EMERALD                                                              Olympia, WA 98504-0110
(2:20-CV-01494-RAJ)                                                      (360) 753-2702

**CERTIFICATE OF SERVICE**

I, Michelle Carr, hereby certify that on August 13, 2021, I caused the foregoing STATE DEFENDANTS' OPPOSITION TO REQUEST FOR JUDICIAL NOTICE OF MEDIA COVERAGE BY SOUTH SEATTLE EMERALD and PROPOSED ORDER to be served upon the below listed Plaintiff by First Class United States mail, as well as an electronic copy, marked for delivery to:

> JOHN NOVAK
> 20126 BALLINGER WAY NE
> PMB 260
> SHORELINE, WA 98155
> JMNOVAK22@OUTLOOK.COM

Via PACER portal:

> CHRISTOPHER KING
> 721 E 5TH ST #B
> ARLINGTON, WA 98223
>
> THE HONORABLE RICHARD JONES
> U.S. DISTRICT COURT W.D. WASHINGTON
> 700 STEWART STREET SUITE 13128
> SEATTLE, WA 98101-9906

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 13th day of August 2021 at Olympia, WA.


/s Michelle A. Carr_____
Michelle A. Carr

STATE DEFENDANTS'OPPOSITION TO
REQUEST FOR JUDICIAL NOTICE OF
MEDIA COVERAGE BY SOUTH SEATTLE
EMERALD
(2:20-CV-01494-RAJ)

5

ATTORNEY GENERAL OF WASHINGTON
Licensing & Administrative Law Division
1125 Washington St SE
Olympia, WA 98504-0110
(360) 753-2702