**The Honorable Richard A. Jones**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRISTOPHER KING, J.D. A/K/A KINGCAST, and JOHN NOVAK,<br><br>Plaintiffs,<br><br>v.<br><br>LIQUOR AND CANNABIS BOARD OF THE STATE OF WASHINGTON; JANE RUSHFORD, Chair of the Liquor and Cannabis Board; RICK GARZA, Director of the Liquor and Cannabis Board; JAY INSLEE, Governor of Washington; ROBERT FERGUSON, Washington Attorney General; WILLIAM P. BARR, U. S. Attorney General; AND OFFICE OF NATIONAL DRUG CONTROL POLICY<br><br>In their Individual and Official Capacities,<br><br>Defendants. | No. 2:20-CV-01494-RAJ<br><br>DECLARATION OF JONATHAN E. PITEL IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR PERMISSIVE JOINDER |

1. I am an Assistant Attorney General in the Licensing and Administrative Law Division of the Office of the Attorney General. In that capacity, I represent Governor Jay Inslee; Attorney General Robert Ferguson; the Liquor and Cannabis Board of the State of Washington; Jane Rushford, former Chair of the Liquor and Cannabis Board; and Rick Garza, Director of the

DECLARATION OF JONATHAN E. PITEL IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR PERMISSIVE JOINDER

1

ATTORNEY GENERAL OF WASHINGTON
Licensing & Administrative Law Division
1125 Washington St SE
Olympia, WA 98504-0110
(360) 753-2702

1. Liquor and Cannabis Board (State Defendants) in the above captioned case. I am at least 18 years of age, competent to testify as a witness, and have personal knowledge of the facts related in this declaration.

2. I make this declaration on the basis of my personal knowledge.

3. On August 18, 2021, I received an email from Christopher King, entitled "Cynjo Raylene Hall Dismissal." A redacted copy of that email is attached hereto as **Exhibit A**. The Exhibit has been redacted only to protect the email addresses of non-parties.

4. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 26th day of August, 2021.

ROBERT W. FERGUSON
ATTORNEY GENERAL

s/ Jonathan E. Pitel
JONATHAN E. PITEL, WSBA # 47516
*Assistant Attorney General*
1125 Washington Street SE
PO Box 40110
Olympia, WA 98504
Jonathan.pitel@atg.wa.gov
LalOlyEF@atg.wa.gov
(360) 586-2780

Counsel for State Defendants

DECLARATION OF JONATHAN E. PITEL IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR PERMISSIVE JOINDER

2

ATTORNEY GENERAL OF WASHINGTON
Licensing & Administrative Law Division
1125 Washington St SE
Olympia, WA 98504-0110
(360) 753-2702

# EXHIBIT A

**From:** Christopher King
**To:** Pitel, Jonathan E. (ATG); Carr, Michelle A. (ATG)
**Cc:**
**Subject:** Cynjo Raylene Hall Dismissal
**Date:** Wednesday, August 18, 2021 9:19:18 AM

[EXTERNAL]

Dismissed without Prejudice though which is bullshit. Same thing the state did to me in NH -- like a Nol-Pross Nolle Prosequi in which they still technically reserve the right to come back and try to wreck your life. I should have known this was the slimy route they would take. Same with Levi. Does wonders for their insurance metrics. I know, remember I've practiced on both sides.

And this way a Jury doesn't get to hear Agent John Jung get grilled, get it? I'm still sharing this comment and development with the Federal Court today you bet. Right after Breakfast.

Ciao.

C

**EXHIBIT A**



**EXHIBIT A**