

**Snohomish County Public Defender Association**
2722 Colby Avenue, Suite 200 • Everett, WA 98201-3527
Phone: 425-339-6300 • Fax: 425-339-6363 • www.snocopda.org

Ms. Hall, pursuant to your request I am providing you with the following information relating to your now closed criminal case. This represents the most recent negotiation communication which I sent on your behalf, and is therefore the negotiation communication most proximate in time to the dismissal of your case by the State.

I, Samuel Backman, on behalf of my client Cynjo Hall, sent the following negotiation message to the deputy prosecuting attorney handling Ms. Hall's criminal case (Snohomish County District Court, cause number 18580A19D):

Re: Cynjo Hall 18580A19D… "I'd just request dismissal; I think she made a mistake, but it was a mistake that she got fired for and being fired was the appropriate consequence for the mistake she made. You might also look at RCW 66.44.010: Local officers to enforce law—Authority of board—Liquor enforcement officers. (wa.gov). This statute is the subject of some house bills which update it to include language indicating that enforcement of Cannabis rules is also within the jurisdiction of Liquor and Cannabis enforcement officers, but as it currently exists it hasn't been updated such that they have authority to investigate and charge criminal issues, at least that's my reading. Initially I thought of this as more of a Knapsted motion, but now I think it's a 3.6 suppression issue since the search would have been illegal if they didn't have authority to investigate in the first place. It's a narrow issue but I think it's there."

This message was sent from myself to the State's representative in the matter on 8/17/2021.

Respectfully

Samuel Backman, WSBA: 56623

# SNOHOMISH COUNTY DISTRICT COURT

☐ Cascade: (360) 435-7720    ☐ Everett: (425) 388-3497
☐ Evergreen: (360) 805-6780    ☐ South: (425) 744-6816

HALL, CYNJO RAYLENE 12/11/1992
10580A19D LIQ CN WA/K9314A
Filed: 05/28/2020

## JUDGMENT AND SENTENCE

Date: 8/18/21    Judge: Fraser    Clerk: _____    Bail/Bond: _____

### FINDING / JUDGMENT

**Count 1:** EMPLY SELL MARIJUANA TO UNDER 21YO    G  GV  GD  GO  DP  OD  SOC  NG  DW  DO  C
Amended to: _____

**Count 2:** _____    G  GV  GD  GO  DP  OD  SOC  NG  DW  DO  C
Amended to: _____

**Count 3:** _____    G  GV  GD  GO  DP  OD  SOC  NG  DW  DO  C
Amended to: _____

### SENTENCE

| | Jail Imposed | Jail Suspended | Jail Credit | Fine Imposed | Fine Suspended | Probation Term |
|---|---|---|---|---|---|---|
| Count 1: | Days | Days | Days | $ | $ | Months |
| Count 2: | Days | Days | Days | $ | $ | Months |
| Count 3: | Days | Days | Days | $ | $ | Months |

### DUI / PHYSICAL CONTROL

☐ BAC: _____    ☐ No test    ☐ Refusal
☐ Drug related    ☐ THC: _____    ☐ CDL
☐ Passenger under 16    ☐ Wrong way on highway
☐ Passenger in vehicle    ☐ Caused injury / damage

### LEGAL FINANCIAL OBLIGATIONS

| | |
|---|---|
| Fine (from above) | $ |
| PSEA Fee RCW 3.62.090(1) | $ |
| Criminal Conviction Fee RCW 3.62.085 | $ |
| BAC Fee RCW 46.61.5054 | $ |
| Title 46 RCW 46.64.055, 3.62.090(1)(2) | $ |
| DUI Emergency Resp. RCW 38.52.430 | $ |
| DV Assessment RCW 10.99.080 | $ |
| DV Prevention RCW 26.50.110 | $ |
| DNA Fee RCW 43.41.4571 | $ |
| Public Defender Recoupment | $ |
| Probation Fee ($50/mo. if able to pay) | $ |
| City Filing Fee | $ |
| Restitution | $ |
| **Total Fines, Costs & Assessments** | **$** |

Financial obligations must be paid in full within 30 days unless time payments are arranged through Signal Management Services (SMS).

SMS shall accept a monthly payment of $_____.

Deferred Prosecution fees shall be paid directly to the court at $50 per month.

You must notify the court within 7 days if you change your mailing address.

_____
Defendant's Signature

### PROBATION SUPERVISION

**PROBATION ASSESSMENT TO DETERMINE SUPERVISION LEVEL:**

☐ Assessment Completed Prior to Sentencing: See Probation Conditions Order.
☐ Assessment is Waived: Unsupervised probation is detailed below.
☐ In Custody: **Contact probation within 2 business days of release**. Complete assessment, appear for review hearing & comply with the conditions below.

**CONDITIONS:**

☐ No criminal convictions.    ☐ No criminal or similar violations.
☐ File proof of the following within _____ days of release (60 if left blank):
  ☐ Chemical Dependency assessment & comply with treatment recommended.
  ☐ Mental Health assessment & comply with treatment recommended.
  ☐ DUI Victim Panel  ☐ DV Victim Panel  ☐ Alive at 25  ☐ MRT
  ☐ _____
☐ Community Service: File proof of _____ hours within _____ days.
☐ Restitution: ☐ Pay as ordered ☐ Reserved _____ days ☐ Presence waived
☐ DNA: Provide sample to Sheriff within 3 days & file proof within 10 days.
☐ _____
☐ No Contact: _____
☐ No Possession: ☐ Firearms / Weapons ☐ Another's ID / Financial Info.
☐ No Consumption: ☐ Alcohol ☐ Non-Prescribed Drugs ☐ Marijuana
☐ No driving within 24 hours of consuming alcohol or mood altering drugs.
☐ No driving without a valid driver's license.*
☐ No driving without proof of insurance.*
☐ No driving or being in physical control of a vehicle with an alcohol level 0.08 or more or a THC level 5.00 ng/ml or higher within 2 hours after driving.*
☐ No refusal of a breath or blood test to determine alcohol/drug concentration upon request by an officer with reasonable grounds to believe you were driving or in physical control of a vehicle while under the influence.*
☐ No driving in violation of DOL ignition interlock device requirements.*

*Mandatory probation condition for DUI or Physical Control conviction
Probation department may modify specific probation conditions.
Defendant may request a hearing to review conditions.

It is so ordered:

_____
Judge / Commissioner / Pro Tem Signature
WHITE-Court  CANARY-Defendant  PINK-Probation  GOLDENROD-Attorney