**The Honorable Richard A. Jones**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRISTOPHER KING, J.D. A/K/A KINGCAST, and JOHN NOVAK, <br><br> Plaintiffs, <br><br> v. <br><br> LIQUOR AND CANNABIS BOARD OF THE STATE OF WASHINGTON; JANE RUSHFORD, Chair of the Liquor and Cannabis Board; RICK GARZA, Director of the Liquor and Cannabis Board; JAY INSLEE, Governor of Washington; ROBERT FERGUSON, Washington Attorney General; WILLIAM P. BARR, U. S. Attorney General; AND OFFICE OF NATIONAL DRUG CONTROL POLICY <br><br> In their Individual and Official Capacities, <br><br> Defendants. | No. 2:20-CV-01494-RAJ <br><br> DECLARATION OF JONATHAN E. PITEL REGARDING COMPLIANCE WITH MEET AND CONFER REQUIREMENTS |

1. I am an Assistant Attorney General in the Licensing and Administrative Law Division of the Office of the Attorney General. In that capacity, I represent Governor Jay Inslee; Attorney General Robert Ferguson; the Liquor and Cannabis Board of the State of Washington; Jane Rushford, immediate past Chair of the Liquor and Cannabis Board; David Postman, Chair

DECLARATION OF JONATHAN E. PITEL REGARDING MEET AND CONFER REQUIREMENT (2:20-CV-01494-RAJ)

1

ATTORNEY GENERAL OF WASHINGTON
Licensing & Administrative Law Division
1125 Washington St SE
Olympia, WA 98504-0110
(360) 753-2702

of the Liquor and Cannabis Board, and Rick Garza, Director of the Liquor and Cannabis Board (State Defendants) in the above captioned case. I am at least 18 years of age, competent to testify as a witness, and have personal knowledge of the facts related in this declaration.

2. I make this declaration regarding my compliance with the Honorable Richard A. Jones' standing order, requiring that prior to filing any motion the parties meet and confer.

3. On September 28th, 2021, I notified Plaintiffs Christopher King and John Novak, via electronic mail that the State Defendants intended to file a motion to dismiss for lack of jurisdiction and requested that we schedule a time to meet and confer to discuss the motion.

4. On September 29th, 2021, Mr. King responded and proposed to meet and confer at 4:00 p.m. on Monday, October 4th. Mr. King included Ms. Cynjo Raylene Hall on his responsive email.

5. Later on September 29th, 2021, I responded to Mr. King, Mr. Novak, and Ms. Hall accepting the proposed time and date to meet and confer and sent to each recipient an invitation to meet via Zoom electronic conferencing at 4:00 p.m. on October 4, 2021.

6. On October 4, 2021, I met and conferred via Zoom with Plaintiffs Christopher King, John Novak, and Cynjo Ray Hall concerning State Defendants' planned motion to dismiss. I explained that the basis for the motion to dismiss is that the questions of law raised in the complaint are state and not federal, thereby making federal court jurisdiction improper. Additionally, I explained that our position is that all State Defendants are immune from suit under either the Eleventh Amendment or the doctrine of qualified immunity.

7. I clearly identified the legal support for the motion to dismiss, and Plaintiffs offered their legal basis for disagreement with my position.

DECLARATION OF
JONATHAN E. PITEL REGARDING
MEET AND CONFER REQUIREMENT
(2:20-CV-01494-RAJ)

2

ATTORNEY GENERAL OF WASHINGTON
Licensing & Administrative Law Division
1125 Washington St SE
Olympia, WA 98504-0110
(360) 753-2702

8. Although the parties had a productive conversation, at the end we agreed to disagree and therefore could not reach agreement that would avoid the need for State Defendants to file their motion to dismiss.

9. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 5th day of October, 2021.

ROBERT W. FERGUSON
ATTORNEY GENERAL

s/ Jonathan E. Pitel
JONATHAN E. PITEL, WSBA #47516
*Assistant Attorney General*
1125 Washington Street SE
PO Box 40110
Olympia, WA 98504
Jonathan.pitel@atg.wa.gov
LalOlyEF@atg.wa.gov
(360) 586-2780

Counsel for State Defendants

DECLARATION OF JONATHAN E. PITEL REGARDING MEET AND CONFER REQUIREMENT (2:20-CV-01494-RAJ)

3

ATTORNEY GENERAL OF WASHINGTON
Licensing & Administrative Law Division
1125 Washington St SE
Olympia, WA 98504-0110
(360) 753-2702