**The Honorable Richard A. Jones**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| CHRISTOPHER KING, J.D. A/K/A KINGCAST, JOHN NOVAK, and CYNJO RAYLENE HALL,<br><br>Plaintiffs,<br><br>v.<br><br>JANE RUSHFORD, past Chair of the Liquor and Cannabis Board; DAVID POSTMAN, Chair of the Liquor and Cannabis Board; RICK GARZA, Director of the Liquor and Cannabis Board; JAY INSLEE, Governor of Washington; and ROBERT FERGUSON, Washington Attorney General<br><br>In their Individual and Official Capacities,<br><br>Defendants. | NO. 2:20-CV-01494-RAJ<br><br>ORDER GRANTING STATE DEFENDANTS' MOTION TO DISMISS<br><br>[PROPOSED] |

Upon consideration of the State Defendants' Motion to Dismiss, the various memorandum filed by the parties, applicable law, and the entire record herein, it is hereby

**ORDERED** that the following materials submitted with Plaintiffs' Response are stricken and not considered:

Appendix A (Dkt #102-1);

Appendix B (Dkt #102-2);

ORDER GRANTING STATE
DEFENDANTS' MOTION
TO DISMISS [PROPOSED]
(2:20-CV-01494-RAJ)

1

ATTORNEY GENERAL OF WASHINGTON
Licensing & Administrative Law Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7676

Appendix E (Dkt # 102-5); and

Appendix G (Dkt # 102-7);

**ORDERED** that the Defendants' Motion to Dismiss is granted and it is further;

**ORDERED** that Plaintiffs claims against The Honorable Jay Inslee, Governor of the State of Washington; Robert Ferguson, Washington State Attorney General; Jane Rushford, immediate past Chair of the Liquor and Cannabis Board; David Postman, Chair of the Liquor and Cannabis Board; and Rick Garza, Director of the Liquor and Cannabis Board are hereby **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

**SO ORDERED**

Dated this _____ day of _____, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

*/s/ Jonathan E. Pitel*

JONATHAN E. PITEL, WSBA # 47516
*Assistant Attorney General*
1125 Washington Street SE
PO Box 40110
Olympia, WA 98504
Jonathan.Pitel@atg.wa.gov
LalOlyEF@atg.wa.gov
(360) 586-2780

Counsel for State Defendants

ORDER GRANTING STATE
DEFENDANTS' MOTION
TO DISMISS [PROPOSED]
(2:20-CV-01494-RAJ)

2

ATTORNEY GENERAL OF WASHINGTON
Licensing & Administrative Law Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7676